## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, a foreign company, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA A. WHITE, an individual, <br><br> Defendant. | Case No. 08-CV-134-CVE-FHM |

### OPINION AND ORDER

Plaintiff's Motion to Strike Defendant's Expert Witness, Dr. Richard Hastings [Dkt. 30] has been referred to the undersigned United States Magistrate Judge for decision. Plaintiff's Motion is GRANTED.

LCvR 7.2(e) provides that in the Court's discretion, "any non-dispositive motion which is not opposed within eighteen days may be deemed confessed." The instant motion was filed on September 16, 2008. The eighteen days for filing a brief in opposition expired Monday, October 6, 2008. Defendant did not file a brief opposing the motion within that time period.

The Court has reviewed Plaintiff's Motion and the attached report of Dr. Richard Hastings. Based on the content of the report, the arguments in Plaintiff's Motion, and the lack of any opposition to the Plaintiff's Motion by Defendant, Plaintiff's Motion to Strike Defendant's Expert Witness, Dr. Richard Hastings [Dkt. 30] is GRANTED.

SO ORDERED this 8th day of October, 2008.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE